# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) |  |
| HAROLD S HEINTZ and | ) | Case No. 2:15-bk-08434-MCW |
| REBECCA S HEINTZ, | ) |  |
| Debtor(s) | ) |  |
|  | ) |  |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (Care Credit [Last four digit of account:6158]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Synchrony Bank
> c/o Recovery Management Systems Corporation
> 25 SE 2nd Avenue, Suite 1120
> Miami, FL 33131-1605
> Telephone: (305) 379-7674
> Facsimile: (305) 374-8113
> E-mail: claims@recoverycorp.com

Dated: Miami, Florida
December 6, 2015

By: /s/ Ramesh Singh

Ramesh Singh
c/o Recovery Management Systems Corporation
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
(305) 379-7674

Assignee Creditor: Care Credit [Last four digit of account:6158]